IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN HASLAM,

    Petitioner,                       CASE NO. 2:09-CV-842
                                            JUDGE GREGORY L. FROST
v.                                  MAGISTRATE JUDGE E.A. PRESTON DEAVERS

WARDEN, NOBLE CORRECTIONAL
INSTITUTION,

    Respondent.

## OPINION AND ORDER

On July 16, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that Respondent's Motion to Dismiss, Doc. No. 7, be **GRANTED.** Although the parties were advised of the right to object to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

    IT IS SO ORDERED.

                                                      /s/ Gregory L. Frost
                                                GREGORY L. FROST
                                                United States District Judge